Christopher C. Burke (ISB No. 2098)
*cburke@parsonsbehle.com*
Slade D. Sokol (ISB No. 8684)
*ssokol@ parsonsbehle.com*
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone (208) 562-4900
Facsimile  (208) 562-4901

Attorneys for Defendants Joubert Productions, S.A.S.
and Lowe's Homes Centers, LLC

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| SAMUEL AHLWARDT, a single person,<br><br>Plaintiff,<br><br>v.<br><br>JOUBERT PRODUCTIONS, S.A.S.; and LOWE'S HOME CENTERS, LLC,<br>Defendants. | Case No.: 2:18-cv-00453-DCN<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41, hereby jointly stipulate and agree that the above-entitled matter, and each and every claim and cause of action asserted therein, be dismissed with prejudice by all parties on the ground that a compromised settlement has been reached by the parties.  Each party will bear their own costs and attorney fees.

This stipulation is made by the undersigned counsel, on behalf of each of their respective clients.

///

///

DATED this ___ day of January, 2020.         PARSONS BEHLE & LATIMER

                                              _____
                                              Christopher C. Burke; Slade D. Sokol
                                              Attorneys for Defendants Joubert Productions,
                                              S.A.S. and Lowe's Home Centers, LLC

DATED this 2nd day of January, 2020.          FANNIN LITIGATION GROUP, P.S.


                                              *Patrick K. Fannin – w/ email permission*
                                              Patrick K. Fannin
                                              Attorneys Plaintiff Samuel Ahlwardt

DATED this 2nd day of January, 2020.          ROSS LAW OFFICES, P.C.


                                              _____*See signature on next page*_____
                                              Howard S. Ross (*pro hac vice* admitted)
                                              Attorneys Plaintiff Samuel Ahlwardt

DATED this ___ day of _____ , _____ .

PARSONS BEHLE & LATIMER

_____
Christopher C. Burke; Slade D. Sokol
Attorneys for Defendants Joubert Productions,
S.A.S. and Lowe's Home Centers, LLC

DATED this __ day of 18:58, 18:58. FANNIN LITIGATION GROUP, P.S.

_____
Patrick K. Fannin
Attorneys Plaintiff Samuel Ahlwardt

DATED this __ day of 18:58, 18:58. ROSS LAW OFFICES, P.C.

_____
Howard S. Ross (*pro hac vice* admitted)
Attorneys Plaintiff Samuel Ahlwardt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___2nd___ day of January, 2020, I electronically filed the foregoing **Joint Stipulation for Dismissal With Prejudice** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Patrick K. Fannin
FANNIN LITIGATION GROUP, P.S.
pat@fanninlaw.com

David Clukey
LEWIS BRISBOIS BISGAARD & SMITH LLP
David.Clukey@lewisbrisbois.com

_____
Christopher C. Burke; Slade D. Sokol