UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SAMUEL AHLWARDT, a single person,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOUBERT PRODUCTIONS, S.A.S.; and LOWE'S HOME CENTERS, LLC,<br>　　　　　　Defendants. | Case No.: 2:18-cv-00453-DCN<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　The parties, acting through their counsel of record, having stipulated pursuant to Federal Rule of Civil Procedure 41 to a dismissal with prejudice of the above-entitled matter, and each and every claim and cause of action asserted therein, and good cause appearing therefor,

　　NOW THEREFORE, IT IS HEREBY ORDERED that the Stipulation (Dkt. 23) is **GRANTED** and that the above-entitled matter, and each and every claim and cause of action asserted therein, is **DISMISSED WITH PREJUDICE** with the parties to bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　DATED: January 3, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David C. Nye
　　　　　　　　　　　　　　　　Chief U.S. District Court Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1